ACCEPTED
12-15-00040-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/31/2015 11:39:18 PM
CATHY LUSK
CLERK

# IN THE

## TWELFTH COURT OF APPEALS

### OF TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

8/31/2015 11:39:18 PM

CATHY S. LUSK
Clerk

Case No. 12-15-00040-CR

Case No. 12-15-00041-CR

---

MARCUS DONEL POLLEY,

Appellant,

VS.

THE STATE OF TEXAS,

Appellee

---

**AFFIDAVIT OF MAILING**

*Georgia B. Kimmey*

**Georgia B. Kimmey**
**Attorney for Appellant**
**TX Bar No. 24049703**
**1 Columbia Ct.**
**Lufkin, TX 75901**
**936 676-3750**

**AFFIDAVIT OF USPS MAILING OF OPINION AND JUDGMENT**

TO THE HONORABLE JUSTICES OF THE 12TH COURT OF APPEALS:

COMES NOW Georgia B. Kimmey, Attorney for Appellant, Marcus Donel Polley, to hereby testify and affirm that as required by Tex. R App. P. 48.4, I did mail appellant, Marcus Donel Polley, a copy of the opinion, and a copy of the judgment by US mail on August 19, 2015. It was sent by certified mail with return receipt requested. Copies of which are included herein. According to his signature on the receipt, Marcus Polly did pick up the mailing.

The address used was a small townhouse complex where Mr. Polley testified in his jury trial that he lived with his girlfriend, Mary Upshaw. Although his name is not on any lease and this address is not given for him on any official record, that is the address where I met Mr. Polley in the parking lot last spring to have him sign the "Defendant's Right of Appeal" document after I was appointed on his appeal. At that time, he refused to give me the individual townhouse number. Therefore, I mailed his opinion package to the same address "c/o Mary Upshaw." Further, I visited the address and placed a second, identical package with his name on it containing the opinion, judgment, etc. at the mailbox center for all of the townhouses in that complex (ten units.)

The return receipt was mailed to me with his signature. Including jail time credit for these charges, Mr. Polley served his judgment on both convictions. After his jury trial, the bail bond was too high for him to afford in order to be released.

Finally, I apologize for the delay in sending this affidavit. Weekend of August 22nd, while visiting my son in Corpus Christi, I ingested the E. coli bacteria from an unknown food/water source, and have been ill the past week. However, I am confident that Mr. Polley has all of the required information regarding the outcome of his appeals and his rights regarding such outcomes.

Respectfully Submitted,

*Georgia B. Kimmey*
Attorney at Law
TSBN 24049703
1 Columbia Ct.
Lufkin, TX 75904
936 676-3750
936 637-5094 fax

I, _Georgia B. Kimmey_, do solemnly swear and affirm that the explanation cited above is true and described to the best of my ability.

*Georgia B. Kimmey*
Signature

August 31, 2015
Date

THE STATE OF TEXAS SUBSCRIBED
AND SWORN TO BEFORE ME
On This 31st day of August, 2015

*Robin Lane Lowe*
Signature of Notary Public

ROBIN LANE LOWE
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Expires 08-06-2017

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Affidavit of Mailing as Counsel was emailed to Assistant County Attorney of Nacogdoches County, Texas, Paige Pattillo at ppattillo@co.nacogdoches.tx.us on August 31, 2015.

_____
Georgia B. Kimmey

**GEORGIA B. KIMMEY**
*Attorney at Law*
1 Columbia Ct.
Lufkin, TX 75901
936 676-3750
936 637-5094 fax

Marcy Donel Polley
c/o Mary Upshaw
126 Old Line
Nacogdoches, TX 75965

Dear Mr. Polley,

The 12th Court of Appeals in Tyler delivered an opinion on the appeal of your possession and DWI cases. They believe that neither Judge Sinz, nor the jury, nor your lawyer committed any errors in the verdict and judgment on your cases. If you wish to appeal their decision to a higher court, that would be the Criminal Court of Appeals. You could enlist the services of an attorney or try to file the brief yourself *pro se*. The Nacogdoches County Court-at-Law will not continue to pay me to write any further appeals. However, you have a deadline. The Tyler Court rendered their opinion on August 12th. You have 30 days from their opinion to file a petition with the Criminal Court of Appeals in Austin.

The Criminal Court of Appeals does not have to accept your case. It's called "discretionary." They get to choose which cases they review. If you decide to petition them, please look at the Texas Rules of Appellate Procedures 68.3(a) and 68.4 to meet the specific requirements.

Sincerely,

*Georgia B. Kimmey*

OFFICIAL USE

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

NACOGDOCHES, TX 75965

| Certified Mail Fee | $3.45 | | 0902 |
|---|---|---|---|
| $ | $2.80 | | 05 |

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage        $1.20
$

Total Postage and Fees    $7.45
$

08/19/2015

Sent To *Marcus Polley c/o Mary Upshaw*

Street and Apt. No., or PO Box No. *126 Old Line Dr*

City, State, ZIP+4® *Nacogdoches TX 5964*

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7015 0640 0002 9599 7163

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   *Mary Upshaw*
   *126 Old Line Dr*
   *Nacogdoches Tx*
   *75965*

   ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
   9590 9403 0230 5146 4303 04

2. Article Number *(Transfer from service label)*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Marcus Poll*        ☐ Agent
                        ☐ Addressee

B. Received by *(Printed Name)*        C. Date of Delivery
*Marcus Poll*                           8-24-15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053        Domestic Return Receipt